**SANTA FÉ TOWNSITE CO. v. PARKER et al. (No. 303.)**

(Court of Civil Appeals of Texas. Beaumont. April 11, 1919. Rehearing Denied April 23, 1919.)

STIPULATIONS ⚖=14(4) — ISSUES SIMILAR TO OTHER CASE.

Where by filed agreement of counsel the issues and questions involved in a suit are identical with those involved in another suit, and the briefs filed in the latter case are taken as the briefs in the former case, the decision rendered on appeal in the latter case is applicable on appeal in the former case.

Appeal from District Court, Hardin County; J. Llewellyn, Judge.

Action by W. S. Parker and others against the Santa Fé Townsite Company. Judgment for plaintiffs, and defendant appeals. Affirmed.

See, also, 194 S. W. 487; 211 S. W. 275.

Oliver J. Todd and W. G. Reeves, both of Beaumont, for appellant.

V. A. Collins, of Beaumont, for appellees.

BROOKE, J. At a former term of this court an opinion was rendered in the case of Santa Fé Townsite Co. v. W. J. Norvell, No. 295 on the docket of this court, reported in 207 S. W. 960. The following agreement of counsel has been filed in this court:

"No. 404. Santa Fé Townsite Company et al., Appellants, v. Walter S. Parker et al., Appellees. All issues and questions involved in this suit are identical with those in No. 295 and No. 303 in said court.

---

"It is therefore agreed between the parties that the briefs filed in said cause No. 295 and No. 303 may be considered as filed in No. 404, and used as briefs in said cause. Oliver J. Todd, Attorney for Appellants. V. A. Collins, Attorney for Appellees."

Under this agreement, all the issues involved in the Norvell Case, and which were disposed of in the opinion rendered in that case, are identical with the issues involved in this case, and the decision rendered in the Norvell Case applies to this case. Therefore, without undertaking to go into the matters involved in this suit more definitely, this case is affirmed.

---

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes